BEFORE THE FIRST DIVISION, APRIL 11, 1967

**No. P67/104.**—The Parker-Hartford Corporation *v.* United States, protest 62/3970 (Bridgeport).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of projectorscopes, profiloscopes, and parts, which are dedicated to use on or for machine tools, similar in all material respects to those the subject of *The Parker-Hartford Corporation* v. *United States* (55 Cust. Ct. 302, C.D. 2594), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 11, 1967

**No. P67/105.**—Seedman International Corp. *v.* United States, protests 63/10342 and 63/11516 (Los Angeles).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pumps similar in all material respects to those the subject of *Victoria Distributors, Inc.* v. *United States* (56 Cust. Ct. 284, C.D. 2639), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 13, 1967

**No. P67/106.**—M. C. Liss & Co. *v.* United States, protest 64/8634 (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of articles in chief value of plastic similar in use and in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (44 Cust. Ct. 468, Abstract 64185) and *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiff was sustained.